**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CÉSAR CASTILLO, INC., individually and on behalf of all those similarly situated,<br><br>      Plaintiff,<br>vs.<br><br>BAXTER INTERNATIONAL INC.; BAXTER HEALTHCARE CORPORATION; HOSPIRA, INC.; HOSPIRA WORLDWIDE, INC.; and B. BRAUN MEDICAL, INC.<br><br>      Defendants. | Civil Action No.<br><br>**CLASS ACTION COMPLAINT**<br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Northern District of Illinois, Plaintiff Cesar Castillo, Inc. states, through its counsel, that it has no publicly held affiliates and no publicly held company owns 5% or more of its stock.

Dated: November 14, 2016

                */s/ Thomas D. Brooks*
                Paul E. Slater (2630567)
                Thomas D. Brooks (6228908)
                SPERLING & SLATER
                Suite 3200
                55 West Monroe Street
                Chicago, IL 60603
                (312) 641-3200
                pes@sperling-law.com
                tdbrooks@sperling-law.com

Linda P. Nussbaum
Bart D. Cohen
(pro hac vice motions forthcoming)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas
40th Floor
New York, NY 10036-8718
(917) 438-9189
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

Juan R. Rivera Font
(pro hac vice motion forthcoming)
JUAN R. RIVERA FONT LLC
Ave. González Giusti #27, Suite 602
Guaynabo, PR 00968
(787) 751-5290
juan@riverafont.com

*Counsel for Plaintiff César Castillo Inc. and the Proposed Direct Purchaser Class*